# Court of Appeals
# of the State of Georgia

ATLANTA, __July 03, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A1303.  JUDITH HURT-WHITMORE v. THE STATE.**

This appeal was docketed in this Court on March 2, 2012.  The Appellant's brief, including enumerations of error, was due to be filed no later than March 22, 2012.  Court of Appeals Rule 23 (a).  On May 4, 2012, this Court entered an order granting Appellant an extension of time and ordering that Appellant's brief be filed by no later than May 18, 2012.  On May 22, 2012, this Court again entered an order granting Appellant an extension of time and ordering that Appellant's brief be filed by no later than June 1, 2012.  To date, Appellant still has not filed a brief.  Accordingly, the above-captioned appeal is hereby DISMISSED.  Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/03/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*